PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Brian Davis  **Docket Number:** 06-00274-001
**PACTS Number:** 43797

**Name of Sentencing Judicial Officer:** HONORABLE STANLEY R. CHESLER
UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 10/24/2006

**Original Offense:** CONSPIRACY TO DISTRIBUTE OXYCODONE

**Original Sentence:** 60 months imprisonment; 3 years supervised release.

**Special Conditions:** Alcohol/Drug Testing and Treatment; Mental Health Treatment; Financial Disclosure; DNA Testing.

**Type of Supervision:** Supervised release  **Date Supervision Commenced:** 05/28/10

**Assistant U.S. Attorney:** John Romankow, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Beth Citron and Joseph A. Bondy, 401 Greenwich Street, Fifth Floor, New York, New York 10013, (212) 219-3572

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the standard supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | On February 24, 2012, the offender was arrested by the Parsippany Police Department and charged with the following offenses: Aggravated Assault, 2nd Degree (two counts), Aggravated Assault, 3rd Degree (two counts), Unlawful Possession of a Weapon, 4th Degree, Possession of a Weapon for Unlawful Purpose, 3rd Degree, and Certain Persons Not to Have Weapon, 4th Degree. |

PROB 12C - Page 2
Brian Davis

According to the Parsippany Police Department, on February 20, 2012, officers responded on the scene of Davis' residence to find two female victims who had been assaulted by him prior to their arrival, and the offender barricaded inside his apartment. The two female victims, an ex-girlfriend of the offender and her mother, had come to see the offender due to concerns of his mental state. When he answered the door covered in blood and holding a knife, the ex-girlfriend attempted to grab the knife out of his hands, resulting in lacerations on her hand. The offender then proceeded to stab her mother in the stomach, causing serious bodily injury.

Upon officers' forceful entry inside, the apartment was covered in blood, and found on the kitchen floor was a large kitchen knife with a serrated edge, also covered in blood. They also found the offender to be covered in blood, kneeling next to a knife, approximately 10 inches in length, which was soaked in blood. Officers were eventually able to apprehend the offender, who repeatedly had his hand hovering over the knife. He was transferred to the hospital for severe self-inflicted wounds, including a severed wrist, stab wounds, and lacerations on his neck.

The charges are pending in Morris County Superior Court and the offender is scheduled to be housed at the Ann Klein Forensic Center, located in West Trenton, New Jersey. This center is a psychiatric hospital for individuals suffering from mental illness within the legal system.

I declare under penalty of perjury that the foregoing is true and correct.

By: Susan E. Karlak
Senior U.S. Probation Officer
Date: 2/27/12

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

2/29/12
_____
Date