**UNITED STATES DISTRICT COURT**
PROBATION OFFICE
**DISTRICT OF NEW JERSEY**

**WILFREDO TORRES**
CHIEF PROBATION OFFICER

200 FEDERAL PLAZA
ROOM 130
PATERSON, NJ
(973) 357-4080
FAX: (973) 357-4092

February 8, 2016

**Mailing Address:**

50 WALNUT STREET
ROOM 1001
NEWARK, NJ 07102

www.njp.uscourts.gov

The Honorable Stanley R. Chesler
Senior United States District Judge
Martin Luther King Jr. Federal Courthouse and Building
P.O. Box 0999
Newark, New Jersey 07102-0999

> **RE: DAVIS, Brian**
> **Dkt. No.: 06-00274-01**
> **Notification of Expiration of Supervision**
> **With Outstanding Fine Balance**

Dear Judge Chesler:

On October 24, 2006, Your Honor sentenced Brian Davis to 60 months incarceration, followed by a three-year term of supervised release for the offense of Conspiracy to Distribute Oxycodone. Also ordered was a fine of $12,500, as well as a special assessment fee of $100. Special conditions ordered were as follows: substance abuse treatment, financial disclosure, mental health treatment and DNA collection. The offender's term of supervision commenced on May 28, 2010.

In February 2012, the offender violated his conditions of supervision in that he committed new criminal activity as evidenced by his arrest for charges including Aggravated Assault, Unlawful Possession of a Weapon, Possession of a Weapon for Unlawful Purpose and Certain Persons Not to Have Weapons. A warrant for violation of supervised release was issued by Your Honor on February 29, 2012. Subsequently, a violation of supervised release hearing occurred on February 26, 2013, and the offender was adjudged guilty of the above-stated violation. Your Honor ordered that the offender's term of supervision be revoked and for him to remain in custody until March 1, 2013. At that time, it was further ordered that the offender serve a new term of supervised release for three years and he be released to an inpatient mental health and substance abuse treatment facility.

As such, the offender successfully completed his inpatient treatment at Integrity House on September 12, 2013. He has been receiving mental health and substance abuse treatment on an outpatient basis at the Human Growth Center since that time. All subsequent drug tests taken on the offender have yielded negative results. He resides alone in an apartment in Totowa, New Jersey, and works full-time in the construction field. He has also obtained his driver's license and purchased a used vehicle which was necessary to get to work and treatment.

Page 2

As of today's date, the offender has paid a total of $4,532.65 on his financial obligation, leaving a balance of $8,067.35. Apart from the violation reported to Your Honor in February 2012, the offender has been in general compliance with his terms of supervision.

Unless the Court considers otherwise, we recommend that his supervision term be allowed to expire on February 29, 2016, as scheduled since the financial obligation order remains imposed as a final judgment, pursuant to Title 18 U.S.C. § 3612. By copy of this letter, the Financial Litigation Unit of the United States Attorney's Office for the District of New Jersey is also notified of the expiration of supervision.

As always, we are available to discuss this matter. The undersigned can be reached at (973) 445-8517.

Respectfully submitted,

WILFREDO TORRES, Chief
U.S. Probation Officer

By: Susan E. Karlak
    Senior U.S. Probation Officer

/sek

Cc: U.S. Attorney's Financial Litigation Unit, D/NJ

## EXPIRATION OF SUPERVISION WITH OUTSTANDING FINE BALANCE

**U.S. v Brian Davis**
**Docket No.: 06-00274-001**

**The Court approves of the expiration of supervision with an outstanding fine balance.**

**The Court does not approve of expiration of supervision with an outstanding fine balance.**

**Other:**